IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUINCY POWELL,

    Petitioner,

  v.

JAMES YATES, Warden,

    Respondent.
_____/

No. C 10-03154 CW (PR)

ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner's traverse is due on <u>March 11, 2011</u>. If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    This Order terminates Docket no. 6.

    IT IS SO ORDERED.

Dated: 2/15/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

QUINCY POWELL,

        Plaintiff,

  v.

JAMES YATES et al,

        Defendant.

Case Number: CV10-03154 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quincy T. Powell E-24418
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

Dated: February 15, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk